360 P.2d 402

Pedro Jose MARTINEZ, Petitioner,

v.

Harold A. COX, Warden, Respondent.

No. 6936.

Supreme Court of New Mexico.

March 20, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVES, MOISE, and NOBLE, Justices, concurring.

Ordered that the petitioner be and he is hereby granted free process herein; and

Further Ordered that the petition for writ of habeas corpus be and the same is hereby denied for the reason that it does not state grounds for relief.